No. 75–439. McSpadden *v.* Ohio. Sup. Ct. Ohio. Certiorari denied.

No. 75–440. Mandell *v.* United States; and

No. 75–441. Mandell et al. *v.* United States. C. A. 7th Cir. Certiorari denied. Reported below: 525 F. 2d 671.

No. 75–451. Cohen *v.* Anchor Hocking Glass Corp. et al. C. A. 7th Cir. Certiorari denied.

No. 75–457. Venios et al. *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 75–461. Mitchell *v.* United States. Ct. Cl. Certiorari denied.

No. 75–464. Moore *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 75–470. Thornburg *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 75–471. Collis *v.* Kentucky Bar Assn. Ct. App. Ky. Certiorari denied.

No. 75–472. Bettis Corp. et al. *v.* Charles Wheatley Co. C. A. 5th Cir. Certiorari denied.

No. 75–479. McFarland *v.* United States. Ct. Cl. Certiorari denied.

No. 75–483. Pohlman *v.* United States. C. A. 8th Cir. Certiorari denied.